# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.             Crim. No. 5:94-CR-122-8BO

DAVID EARL BEASLEY

On April 8, 2013, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

       I declare under penalty of perjury that the foregoing is true and correct.

       /s/ Eddie J. Smith  
       Eddie J. Smith  
       Supervising U.S. Probation Officer  
       150 Rowan Street, Suite 110  
       Fayetteville, NC 28301  
       Phone: 910-354-2537  
       Executed On: April 7, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __7__ day of __April__, 2017.

           Terrence W. Boyle  
           U.S. District Judge